UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD CHAUN LOYER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO,<br><br>　　　　Respondents. | Case No. 8:21-cv-00233-PSG-JC<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

 Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed.

 IT IS SO ADJUDGED.

DATED: 11/30/21

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE